# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| NOEL BROWN, | : | No. 60 MAP 2022 |
| Appellant | : | |
| v. | : | . |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| AND ERIC TICE, SUPERINTENDENT | : | |
| SCI-SOMERSET, | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of July, 2022, the Notice of Appeal is **QUASHED**. *See* Pa.R.A.P. 341(b) (definition of a final order); Pa.R.A.P. 311 Note (specifying that Rule 311(c) "does not relate to a transfer under . . . 42 Pa.C.S. §5103 . . . because such a transfer is not to a 'court of coordinate jurisdiction' . . . ; it is intended that there shall be no right of appeal from a transfer order based on improper subject matter jurisdiction."). *See also* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the statement, or fairly comprised therein will ordinarily be considered by the Court."); *PPL Generation, LLC v. Dep't of Envtl. Prot.*, 986 A.2d 48, 58 n. 11 (Pa. 2009) (same).

Appellant's Application for Leave to Supplement Jurisdictional Statement is **DENIED**.